IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VANESSA BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| TOYOTA BOSHOKU AMERICA, INC., | ) | |
| d/b/a TOYOTA BOSHOKU ILLINOIS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT AT LAW**

**COUNT I**

NOW COMES the Plaintiff, VANESSA BLACK, by and through her attorneys, KIRKPATRICK LAW OFFICES, and in support of her Complaint against the Defendant, TOYOTA BOSHOKU AMERICA, INC., d/b/a TOYOTA BOSHOKU ILLINOIS, LLC states as follows:

1. That Plaintiff, Vanessa Black, is a citizen and resident of Lawrence County Illinois.

2. That Defendant, Toyota Boshoku America Inc, d/b/a Toyota Boshoku Illinois, LLC is a foreign Corporation licensed and doing business in the State of Illinois, in Lawrenceville, Lawrence County, Illinois.

3. That jurisdiction in this Court is based on diversity of citizenship and that the case is believed to have a value in excess of $75,000.00.

4. That on or about May 2, 2014, Plaintiff was an employee of Defendant and claimed repetitive trauma injuries arising out of and in the course of her employment.

5. That thereafter, Plaintiff, by and through her attorneys, filed a Workers

Compensation Claim with the Illinois Workers' Compensation Commission on or about August 3, 2015.

6. Defendant accepted the Workers Compensation claim as compensable and provided light duty work that was within her restrictions placed on her by the doctor to whom the company referred her.

7. Plaintiff continued to pursue her rights pursuant to the Illinois Workers Compensation Act.

8. On November 17, 2015, the doctor to whom the company referred her opined that the restrictions were not related to the effects of Plaintiff's work activities.

9. Plaintiff continued to pursue her rights pursuant to the Illinois Workers Compensation Act.

10. Defendant discharged Plaintiff from her employment by reason of her assertion of her rights under the Illinois Workers Compensation Act.

11. That as a direct and proximate result of the wrongful acts of the Defendant, Plaintiff has sustained injuries by her loss of income and benefits, has sustained injuries to her reputation and has sustained mental anguish all to her damage in a substantial amount.

WHEREFORE, Plaintiff, VANESSA BLACK, demands judgment against the Defendant, TOYOTA BOSHOKU AMERICA, INC d/b/a TOYOTA BOSHOKU ILLINOIS, LLC in an amount and in excess of $75,000.00, (SEVENTY-FIVE THOUSAND DOLLARS) plus costs.

## COUNT II

NOW COMES the Plaintiff, VANESSA BLACK, by and through her attorneys, KIRKPATRICK LAW OFFICES P.C., and in support of her Complaint against the Defendant, TOYOTA BOSHOKU AMERICA, INC d/b/a TOYOTA BOSHOKU ILLINOIS, LLC, states as follows:

1-10. Plaintiff repeats and re-alleges paragraphs 1 through 10 of COUNT I of this Complaint as and for paragraphs 1 through 10 of COUNT II of this Complaint.

11. That the discharge by Defendant was wrongful, and willful, and wanton and in retaliation for the exercise by the Plaintiff of her legal rights pursuant to the Illinois Workers Compensation Act and was in violation of Section 4(h) of said Act.

12. That as a direct and proximate result of the wrongful acts of the Defendant, Plaintiff has sustained injuries by her loss of income and benefits, has sustained injuries to her reputation and has sustained mental anguish all to her damage in a substantial amount.

WHEREFORE, Plaintiff, VANESSA BLACK, demands judgment against the Defendant, TOYOTA BOSHOKU AMERICA, INC d/b/a TOYOTA BOSHOKU ILLINOIS, LLC in an amount and in excess of $75,000.00, (SEVENTY-FIVE THOUSAND DOLLARS) plus costs.

Respectfully submitted,

By: /s/ Eric Kirkpatrick

Eric Kirkpatrick #06207286
KIRKPATRICK LAW OFFICES, P.C.
#3 Executive Woods Court, #100
Belleville, Illinois 62226
Telephone: (618) 239-6070
Fax: (618) 239-6080
***Attorney for the Plaintiff***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VANESSA BLACK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: |
| TOYOTA BOSHOKU AMERICA, INC., d/b/a TOYOTA BOSHOKU ILLINOIS, LLC | ) | |
| Defendant. | ) | |

## AFFIDAVIT

Eric Kirkpatrick, being duly sworn upon his oath deposes and states as follows:

1. That he is the attorney for the Plaintiff.

2. That upon his information and belief the damages suffered by the Plaintiff in the instant Complaint attached hereto in an amount and in excess of $75,000.00, (SEVENTY-FIVE THOUSAND DOLLARS).

Respectfully submitted,

By /s/ Eric Kirkpatrick

Eric Kirkpatrick, #06207286
KIRKPATRICK LAW OFFICES, P.C.
#3 Executive Woods Court, #100
Belleville, Illinois 62226
Telephone: (618) 239-6070
Fax: (618) 239-6080
***Attorney for the Plaintiff***

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Vanessa Black

*Plaintiff(s)*

v.

Toyota Boshoku America, Inc.,
d/b/a Toyota Boshoku Illinois, LLC

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Toyota Boshoku America, Inc., d/b/a Toyota Boshoku Illinois, LLC
c/o Julie Karkosak
100 Trim Masters Drive
Lawrenceville, IL 62439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kirkpatrick Law Offices, P.C.
Eric Kirkpatrick
#3 Executive Woods Ct., ste 100
Belleville, IL 62226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Toyota Boshoku America Inc d/b/a Toyota Boshoku Illinois, LLC
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: